UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARTERO COLLINS,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

Defendants.

Case No. 2:26-cv-3576-DJC-JDP (P)

FINDINGS AND RECOMMENDATIONS

Plaintiff, a state prisoner, brought this action on October 13, 2026, and, on October 29, 2026, filed an application to proceed *in forma pauperis*. ECF No. 7. Trust fund information attached to that application, however, indicates that plaintiff has sufficient funds to cover the filing fee, and, thus, he is not entitled to *in forma pauperis* status.

Plaintiff's trust fund account statement indicates that, as of September 23, 2026 (the latest entry on the trust fund account statement), he had $6,258.53 in his account. *Id.* at 7. This is more than sufficient to cover the $405 filing fee. Other courts have held that lesser amounts were sufficient. *See Cymeyon v. Torres*, No. 2:22-cv-00970-KJM-EFB (PC), 2022 U.S. Dist. LEXIS 149123, at *1 (E.D. Cal. Aug. 19, 2022) (denying application to proceed IFP because where trust account balance showed $3,818.37 in available funds); *Thomas v. Okwanoko*, No. 1:23-cv-00027-

EPG (PC), 2023 U.S. Dist. LEXIS 73637, *3 (E.D. Cal. Apr. 26, 2023) (denying application to proceed IFP where plaintiff received $947.30 before initiation of suit).

Accordingly, it is RECOMMENDED that plaintiff's application to proceed *in forma pauperis*, ECF No. 7, be DENIED and plaintiff be directed to tender the filing fee within thirty days of any order adopting these recommendations.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: November 17, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE